Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

In re:                              )
                                    )
SUMPTER, PAUL                       )    Case No. 10-70549)
SUMPTER, DARONA                     )
                                    )    Chapter 7
        Debtor(s)                   )

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
JAN - 3 2011
BY _____ DEPUTY CLERK

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: 12-30-10

Robert E. Wick, Trustee
P. O. Box 8
Bristol, VA 24203
(276) 466-4488

CERTIFICATE OF SERVICE

This is to certify that I, R. E. Wick, either electronically or by U. S. Mail served a copy of the foregoing on the debtors, debtors' attorney, U. S. Trustees' Office, and Surgical Associates c/o CBC, P O Box 5067, Kingsport, TN 37663 on 12-30-10 .

R. E. Wick

Printed: 12/29/10 03:03 PM

Page: 1

# Claims Distribution Small Checks

## Trustee: Robert E. Wick (660150)

**Case:** 10-70549 - SUMPTER, PAUL

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| ~~6866~~ | 109 | 12/29/10 | | | Payee: | U.S. Bankruptcy Court | | Check Amount: | | $3.54 |
| | | | 6 | 05/20/10 | 610 | Surgical Associates | 116.70 | 116.70 * | 3.54 | 3.54 |

c/o CBC
P.O. Box 5067
Kingsport, TN 37663

Reference: (Paul) 1180 8691S

(*) Denotes objection to Amount Filed

705443

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE OFFICE

Received From:
ROBERT E. WICK
P. O. BOX 8
BRISTOL                  VA   24203-

| CASE NO. | PRICE | QTY | AMOUNT |
|---|---|---|---|
| 10-70549 | $ 0.00 | 1 | $ 3.54 |
| SMALL DIVID CH 7 < $5 | | | |
| PAUL & DARONA SUMPTER | | | |

| TOTAL: | $ 3.54 |
|---|---|

CASH:        CHECKS: √      MONEY ORDERS:

Clerk : A. FLETCHER
Date  : 01/03/2011